# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2018

Stephen J. Markman.,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158307-8(59)

*In re* RELIABILITY PLANS OF ELECTRIC
UTILITIES FOR 2017-2021.

_____

ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
      Appellee,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
      Appellant,

and

CONSUMERS ENERGY COMPANY, ENERGY
MICHIGAN, INC., and MICHIGAN
ELECTRIC AND GAS ASSOCIATION,
      Appellees.

_____

SC: 158307
COA 340600
MPSC: 00-018197

*In re* RELIABILITY PLANS OF ELECTRIC
UTILITIES FOR 2017-2021.

_____

ENERGY MICHIGAN, INC.,
      Appellee,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
      Appellant,

and

SC: 158308
COA 340607
MPSC: 00-018197

CONSUMERS ENERGY COMPANY, and
MICHIGAN ELECTRIC AND GAS ASSOCIATION,
        Appellees.

_____/

      On order of the Chief Justice, the motion of appellee Association of Businesses Advocating Tariff Equity to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before October 5, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        September 7, 2018              
                                              Clerk